HPS-90                                                                                          April 29, 2005

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**
C.A. No. **04-4308**

PHILLIP A. DYE

      vs.

MICHAEL B. JOSEPH
      (D. Del. Civ. No. 04-cv-00386)

Present:    SCIRICA, CHIEF JUDGE, WEIS and GARTH, CIRCUIT JUDGES

    Submitted are:

    (1)    By the Clerk for possible dismissal due to a jurisdictional defect; and

    (2)    Appellant's jurisdictional response

    in the above-captioned case.

                                Respectfully,

                                Clerk

**O R D E R**

    Treating the appellant's motion as a request to withdrawal the appeal, the motion is granted and the appeal is dismissed without prejudice.

                                By the Court,

                                s/Weis
                                United States Circuit Judge

Dated:   June 1, 2005
tyw/cc:  Mr. Phillip A. Dye
          Michael B. Joseph, Esq.



A True Copy:

Marcia M. Waldron, Clerk