OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

__Delaware__   Clerk of Court
(District)

Date __6/1/05__

__Dye vs. Joseph__
(Caption)

C. of A. No __04-4308__

__Phillip A. Dye__
(Appellant)

__04-cv-00386  SLR__
( D.C. No. )

[FILED 2005 JUN -2 PM 2:37 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]

Enclosures:

*  __X__   Record

*  __X__   Supplemental Record (First) (Second) (Third)

*  _____  Exhibits

*  _____  State Court Record

__X__   Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not returned at this time until appeal closed at No_____

_____  Please forward Record to this office.

Tonya Wyche       (267)-299- 4938
Deputy Clerk      Telephone Number

*Lizette Martinez 18A (267)-299- 4914
Record Processor  Telephone Number

6/1/05

Receipt Acknowledge:
_E. Strickler_
(Name)
__6/2/05__
(Date)