

Moor Great Seal — Moor 1787 Treaty — American Unity States 1791 Organic Constitution — America Republic Great Seal — Al Moroccan Empire Treaty 1836 — Delawares 1778 Treaty — Pembina 1863 Treaty

## *Al Moroccan Amexem Empire Great Seal Divinitas*

The Indigenous Peoples of the North, South and Central Al Moroes Amexem (Americas), including the adjoining Islands.
In care of: Post Office Box 508, 132 Main Street Odessa City, Delaware Republic Territory Postal Zone [19730] Non Domestic

Judge Sue L. Robinson
US Delaware District Court
844 North King Street Lock Box 31
Wilmington, DE 19801

Judge Judith K. Fitzgerald
FEDERAL BANKRUPTCY COURT
824 MARKET STREET
WILMINGTON, DE 19899

Michael B. Joseph
824 Market Street Suite 905
PO Box 1350
Wilmington, DE 19899-1350

Thomas D H Barnett, Esquire
Draper and Goldberg
512 East Market Street PO BOX 947
Georgetown, DE 9947-0947

Neil F. Dignon, Esquire
Draper and Goldberg
512 East Market Street PO BOX 947
Georgetown, DE 9947-0947

Judge Richard R. Cooch
Superior Court
500 North King Street NCCCH
Wilmington, DE 19808

Commissioner Mark S. Vavala
Superior Court
500 North King Street NCCCH
Wilmington, DE 19808

P. Beamo Insolvency Manager IRS
Room 115031 Hopkins Plaza
Baltimore, MD 21201

Stuart B. Drowos, Esquire
Deputy Attorney General
Delaware Division Of Revenue
820 N. French Street
Wilmington, DE 19801

Patrick T Carter, Director
Director Division of Revenue
820 North French Street
PO Box 8763
Wilmington, DE 19899

John Peace Tax Exam Auditor
Director Division of Revenue
820 North French Street PO Box 8763
Wilmington, DE 19899

Joseph P Hurley, Jr Esquire
820 North French Street
PO Box 8763
Wilmington, DE 19899

Ellen W Slights, Esquire
1007 Orange St Suite 700
PO Box 2046
Wilmington, DE 19899-2046

Mark W. Everson Commissioner
Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 29224

Randy R Weller
Bankruptcy Administrator
Delaware Division of Revenue
820 N. French Street
Wilmington, DE 19801

Thomas D Mathews
Field Director Compliance Services
Department Of The Treasury
Internal Revenue Service
1973 North Rulon White Blvd
Ogden, UT 84201

Timothy A. Towns
Field Director Compliance Services
Department Of The Treasury
Internal Revenue Service
1973 North Rulon White Blvd
Ogden, UT 84201

Dennis L. Parizek ID # 29-61699
Operations Manager, Exam SC
Department of The Treasury
Internal Revenue Service
1973 North Rulon White Blvd
Ogden, UT 84201

Ms. Huntington ID # 0469648001
Tax Technician, Exam SC Support
Department Of The Treasury
Internal Revenue Service
1973 North Rulon White Blvd
Ogden, UT 84201

Norvine Webster Dept. Manager,
Accounts Management, Atlanta
Department of The Treasury
Internal Revenue Service
Atlanta, GA 39901-0025

André L. Re
Field Director Compliance Services,
Department of The Treasury
Internal Revenue Service
Atlanta, GA 39901-0010



On June 14, 2005 the notice "Actual Legal Notice of Lawsuits" listed below was served on you giving of possible action for Public Servant Misconduct as officials of the court, breach of oath of office and the performance of fiduciary public servant duties as well as breach of contractual obligation of compliance and obeying the limitation of your Constitution and your court rules of procedures thus resulting in injury, abrogation diminishing making void protected secured substantive private property rights and all rights antecedent thereto, economic damage to me and my family giving rise to the cause of these civil and or criminal actions.

The primary focus of these claims is on Our Acceptance of Your Oath of Office and the Fiduciary Obligation of Performance of that Oath and Your Duties as Public Servants. A breach in any of these contractual obligations gives cause to our actions to make these claims against you noted herein.

Because of the serious implication and nature of the claims listed below our law counsel recommend that we offer the following as a means to administratively resolving the issues of the claims listed below. The claims are originating from misconduct in the following Civil Cases:

   A. United States Bankruptcy in the Delaware District Case 03-13727 – JKF
   B. The Appeal to the United States Bankruptcy Case 03-13727 – JKF filed in the United States District Court for Delaware Docket No: 3 Case No: 04-0386-SLR
   C. Superior Court of Delaware 02L-04-143 – RRC
   D. Superior Court of Delaware 02L-04-143J – RRC

We are making this Offer for You to Show Cause Why I should not precede forward with these Civil and Criminal and Misconduct – Disciplinary actions against you in your public and private capacities. You have ten (10) days to respond to this offer. A non-response is our notice from you to proceed with the actions against you. Thus the actual filing of our claims will start.

## Actual Legal Notice of Lawsuits

1. A Lawsuit has commenced against you. The Civil Claim will commence in the United States Claims Court and the Criminal Claim will commence with the United States Provost Marshal. A Report of Judicial and Judiciary Discipline Review and Misconduct including this submission of a Misprision of Felony and Misprision of Treason.

2. The Civil claims will officially be filed with the next 60 to 90 days for Civil Damages Claims and Criminal Conduct Claims will proceed pursuant to the process progress of the Civil Claims.

3. The damages and criminal acts under the Color of a Colorable Law without lawful Proper Jurisdiction provides Sufficient Cause to proceed in Civil and Criminal Claims for Treason Racketeering Privateering Terrorism against Substantive Rights the Due Process Right damage and injury to private property and the Depravation of Substantive Unalienable Rights under the color of law.

4. These Suits are Originating in the American Republic Venue under Aboriginal Treaty Law and the Organic Constitution Jurisdiction and Federal Statutes with the publishing in this document. See Below listings

   a. The 1778 Treaty between The Delawares American Native Sovereign Nation and the United States of America Nation.
   b. The 1779 Organic Constitution agreement between the American Moor Nation and the United States of America.
   c. The 1787 Treaty now Superceded by the 1836 American Moor Treaty of Peace and Friendship and the United States of America Nation.
   d. The 1863 Treaty between the Chippewa-Red Lake Little Shell Pembina Nation and the United States of America.

### Additional Authorities Supporting The Civil and Criminals Claims

5. Article VI the Organic Constitution aboriginal Jurisdiction of the District is conferred given to Constitutional Law.

6. Title 28 United States Code Annotated §-1361 aboriginal jurisdiction of the District is given to Constitutional Law Sustaining the Supremacy of Treaties in Law in the Courts throughout the United States America.

7. Title 28 United States Code the Judiciary and Judicial Procedure, Part V, Procedure Chapter III, General Provisions at the §-1652 the sub-title being, State Laws as Rules of Decision; is publishing the statutory Judicial claim that the rules of decision in civil actions in the courts of the United States are regarded as decisions except where the Constitution or Treaties otherwise require or provide. The Constitution and Treaties demand the execution of a Civil and a Criminal Claim WHEREAS the decisions from the Delaware Superior Court and United States Bankruptcy Court Decisions are void without merit force or standing in Law conflicting with the Organic Treaty Law and the Organic Constitutional Law that is demanding Justice in Truth.

8. Title 28 United States Code – Judiciary and Judicial Procedure, Part V – Procedure §-2072 which is publishing the fact that any rule order decision abridging enlarging or modifying any substantive right shall be of no further force or effect after such rules orders decision have taken effect. Again the Decisions of the Delaware Superior Court and United States Bankruptcy Court Decisions are void on its face having neither force nor authority void without merit force or standing in Law conflicting with the Organic Treaty Law and the Organic Constitutional Law that is demanding Justice in Truth.

**This Lawful Notice of Intent To Prosecute for Breach of Fiduciary of Duty**

Phillip A Dye a National Private Attorney General acting and consulting with The Consul Minister The Noble Philippo Alo Wikvaya Ali Dey by lawful Counsel is proceeding with the following offenses claims charges of War and Treason against Substantive Rights but is not limited to this following list.

The following legal definitions from Black's Law Dictionary provide the foundation from which this lawful claim including Misconduct and Disciplinary Claims process is to be built providing sufficient Forensic Evidence validation confirming affirming the listing of all the possible claims following the definitions to insure a full remedy for the Petitioners.

Black's Law Dictionary provides profound definitions of the actions of the above parties cited in this Claim by the following terms and these actions will be demonstrated as Forensic Evidence in the Intended claims.

9. *Belligerency* – the status of *de facto* statehood attributed to a body of insurgents, by which their hostilities are legalized. The international status assumed by a state (*i.e.* nation) which wages war against another. Page 155

10. *Belligerent* – One who is hostile or combative which as a state is hostile, combative and wages war hostilities and aggression against its own citizens by a body of insurgents by which their war hostilities are presumed legalized. Ibid.

11. *Privateer* – A vessel owned, equipped, and armed by one or more individuals, and duly commissioned by a belligerent power to make war upon the enemy, usually by preying on his commerce. A vessel is commissioned by a state or a nation by the issue of a letter of marque to its owner to carryon all hostilities, presumably according to the laws of war. Formerly a state issued letters of marque to its own subjects, and to those of neutral states as well, but a privateersman who accepted letters of marque from both belligerents was regarded as a pirate. Piracy and Privateering are Federal offences 18 USCA §-1692 et seq. See Black's Law Dictionary 6th Edition page 1195

12. *Letter of Marque* – An authorization formerly granted in time of war by a government to the owner of a vessel to capture enemy vessels and goods. See Article I §-8 US Constitution. Ibid page 904

13. *War* – For there to be a war a sovereign or a quasi-sovereign must engage in hostilities. Pan American World Airways, Inc. v. Aetna Cas. & Sur. Co., C.A.N.Y., 505 F.2d 989,1005. Ibid page 1583.

14. *Piracy* – Those acts of robbery and depredation upon the high seas, which if committed on land, would have amounted to a felony. Whoever, on the high seas, commits the crime of piracy as defined by the law of nations, and is afterwards brought into or found in the United States, shall be imprisoned for life. 18 USCA §-1651. Piracy and Privateering are Federal offences 18 USCA §-1692 et seq

The above definitions of terms under Piracy apply to the hostile activities at navigable waters under Maritime Law as cited at 18 USCA §-1651. However, under Privateering these same war hostile combative actions are carried at dry dock on the land within Commercial Law. The Defendant in this Counter Claim is demonstrating and exhibiting the actions and the behaviors in perfect conformity to the law definitions above. The actions of Privateering Terrorist and Racketeering actions are applicable to the defendant and its Insurgent agents as evidenced below:

The Claims will produce forensic evidence showing how the UNITED STATES OF AMERICA CORPORATION issues LETTERS OF MARQUE via Colorable de facto Laws, Statutes, Public Policies, Codes, Rules Administrative Procedures etc to Agencies and the Agents (those listed above) in turn function as the Insurgents committing hostile and warlike acts of blatantly, directly, forcible, employing intimidation, fear, threats, actions such as coercion, terrorism, racketeering, privateering under the

Color of Law and Color of Right conspiring against, abridging and depriving the Defendants and access to the Rights and Constitutional Exemptions of the Defendants ands that are Secured and Protected by Law from such actions.

Possible charges under consideration in the Intention of Initiating Criminal and or Civil claims.

15. Treason Treacherous Terrorism Racketeering Privateering Assault and battery against Substantive Secured Rights.
16. Title 28- Judiciary and Judicial Procedure, Chapter 13 Civil Rights, §-241 Conspiracy against private property rights.
17. Title 28- Judiciary and Judicial Procedure, Chapter 13 Civil Rights, §-242 Deprivation of rights under color of law.
18. The 4th Constitutional Amendment Deprivation of security of the Private Property Right from government invasion.
19. The 5th Constitutional Amendment Deprivation of Liberty and Private Property without Just Compensation.
20. The Thief of the Personal Private Property by Taking without Just Compensation.
21. The Treason Treacherous Terrorism Racketeering Privateering actions against the 1778 Treaty Between the United States Government and the Sovereign Delawares Indigenous Native Sovereign Nation and Phillip A Dye The Noble Philippo Alo Wikvaya Ali Dey and the Consul Minister The Noble Philippo Alo Wikvaya Ali Dey descendants of the Treaty Rights and Constitutional Protection.
22. The Treason Treacherous Terrorism Racketeering Privateering actions against the 1863 Treaty Between the United States Government and the Sovereign Pembina Nation Little Shall Band Native Sovereign Nation and Phillip A Dye the Noble Philippo Alo Wikvaya Ali Dey and the Consul Minister The Noble Philippo Alo Wikvaya Ali Dey a living National Descendant Soul by Birthright and Inheritance of the Treaty Rights and Constitutional Protection.
23. The Treason Treacherous Terrorism Racketeering Privateering actions against the 1887 Treaty Between the United States Government and the Sovereign of Peace and Friendship with the Private Sovereign Sui Juris Indigenous Moors Nation and Phillip A Dye The Noble Philippo Alo Wikvaya Ali Dey and the Consul Minister The Noble Philippo Alo Wikvaya Ali Dey descendant of the Treaty Rights.
24. The Treason Treacherous Terrorism Racketeering Privateering actions against the Article 6 of the United States De Jure Organic Constitutional Supremacy Clause that is Securing the Superior Sovereignty of Phillip A Dye The Noble Philippo Alo Wikvaya Ali Dey and the Consul Minister The Noble Philippo Alo Wikvaya Ali Dey descendants under the perpetual binding contractual obligations of the Treaties in reference above.
25. The United States Code Title 42 Chapter 21 Subchapter I §-1985–Conspiracy interfering with Private Property Rights.
26. The United States Code Annotated Title 18 §-1651 et seq Piracy and Privateering activities conducted on vessels at dry dock under commercial law by a body of insurgent Privateers.
27. The United States Code Title 42 §-1983 For the awarding for private personal body property damage.
28. The United States Code Title 18 §-152 and §-3571 provides fine up to $500,000.00 or imprisonment for up to 5 years for the presenting of fraudulent claims fraudulent indictment fraudulent evidence.
29. The United States Code Title 42 Chapter 21 Subchapter II obstructing the evidence in the witnesses through the modification of language creating Federal Racketeering Influenced and Corrupt Organizations activities extorting financial means creating economical damage point beyond recovery.
30. The United States Code Title 42 Chapter 21 Subchapter III deprivation of the evidence in the witnesses through modification of language creating acts of Federal Racketeering Influenced and Corrupt Organizations Privateering.
31. The United States Code Title 42 §-1986 For knowledge and the right to stop and correct a wrong,
32. The United States Code Title 28 USC §-1746 and Title 18 §-1621 Perjury and conspiring to commit perjury.
33. The United States Code Title 18 §-1001 and the Federal Rules of Civil Procedure 9(b). Extorting private property through the modification of language.
34. Extorting Private Property under Fraudulent Lien and Fraudulent Mortgage Contracts under the color of law color of lien.

35. Extorting Private Property under Perjury and Fraud using the Promissory Note and the Allege Mortgage Loan Contract to Secure Federal Reserve Notes on the Signatures of the Debtors and then imposing a color of loan and color of mortgage and color of lien against the Debtors.
36. The United States Code Title 18 Part I Chapter 95 §-1651 Interference with commerce by threats or violence.
37. Acting without establishing as a matter of record Proper Jurisdiction.
38. Breach of Fiduciary Duty of Upholding the "Oath of Office" and Upholding the Office of Public Trust.
39. Acts of War against the United States Government Treaties and Organic Constitution Constituting Treason.
40. Violation of Substantive Rights and Private Property Rights Secured and Protection by Constitutional Law.
41. Employing Mail Fraud Intimidation to affect Identity Nationality Birthright Thief Using a Fiction Artificial Person Name to Impersonate and Steal the Sovereign De Jure Identity.

*Please Be Advised. This is a Legal Notice of Intent.*

Date: July 29, 2005.

Autograph: *[signature]*
Consul Minister General Noble Philippo Alo Wikvaya Ali Dey
National Private Attorney General Phillip Allen Dye
In care of: PO Box 508 132 Main Street
Odessa, Delaware Republic [19730]
(302) 378-8015





Judge Sue L. Robinson
US Delaware District Court
844 North King St Lock Box 31
Wilmington, DE 19803

